P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| META-TECH CONSULTANTS, LLC<br><br>Plaintiffs,<br>v.<br><br>JAMES WOLFGRAMM NIU,<br><br>Defendant. | Case No.: 2:19-CV-02243-JCM-EJY |

### DEFAULT JUDGMENT

This Matter, having come before this Court on a Renewed Motion for Default Judgment filed by Plaintiff, META-TECH CONSULTANTS, LLC, (hereinafter "**META**") by and through its attorneys, the Law Offices of P. Sterling Kerr, the Court having carefully reviewed the pleadings in this case as well as all other documents, finding that the motion has complied with Federal Rule of Civil Procedure 55 (a) and (b), and finding that the Defendant accepted service in this matter and finding that a Default had been properly entered in this matter and that Defendant had adequate notice of this action and failed to defend this action and is not in the military service of the United States and is not an incompetent person, and good cause appearing therefore, the Court on October 29, 2021 did reinstate the Default and granted the Renewed Motion for Default Judgment.

/ / /

/ / /

IT IS ORDERED that Judgment be entered on behalf of Plaintiff Meta against Defendant JAMES WOLFGRAMM NIU.

IT IS FURTHER ORDERED that Plaintiff META recover of and from Defendant JAMES WOLFGRAMM NIU the principal sum of $606,000 plus post-judgment interest accruing at the legal rate until fully satisfied.

Dated December 7, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICES OF P. STERLING KERR

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*